muslim advocates

www.muslimadvocates.org   @muslimadvocates   facebook.com/muslimadvocates

VIA CM/ECF

February 7, 2019

Catherine O'Hagan Wolfe, Clerk
U.S. Court of Appeals for the Second Circuit

    Re:    *Vidal v. Nielsen,* Case No. 18-485 (L) (consolidated with 18-488, 18-1521, 18-1525, 18-1985, 18-1986, 18-1987, 18-1988)

Dear Ms. Wolfe,

    I write to inform you that Attorney Johnathan Smith of Muslim Advocates, who appears as counsel for *Amici Curiae* 121 Religious Organizations in the above-referenced matter, is no longer employed with Muslim Advocates. Muslim Advocates therefore respectfully requests that he be withdrawn from the representation of *Amici Curiae* 121 Religious Organizations in this matter. I and other counsel of record continue represent *Amici* in this matter.

    Respectfully submitted,

    */s/ Sirine Shebaya*
    Sirine Shebaya
    Muslim Advocates
    P.O. Box 34440
    Washington, D.C. 20043
    sirine@muslimadvocates.org
    Tel: (202) 897-1897
    Fax: (202) 508-1007

    *Counsel for Amici Curiae*
    *121 Religious Organizations*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification to all counsel of record that this document has been filed and is available for viewing and downloading.

      */s/ Sirine Shebaya*
Sirine Shebaya
Muslim Advocates
P.O. Box 34440
Washington, D.C. 20043
sirine@muslimadvocates.org
Tel: (202) 897-1897
Fax: (202) 508-1007

*Counsel for Amici Curiae*
*121 Religious Organizations*