

**Maura Healey**
**Attorney General**

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

(617) 727-2200
(617) 727-4765 TTY
www.mass.gov/ago

March 6, 2019

<u>VIA CM/ECF</u>

Catherine O'Hagan Wolfe, Clerk of Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>Withdrawal of Appearance</u>
                 *Vidal v. Nelson* (18-485)
                 *State of New York v. Trump* (18-488)

Dear Clerk Wolfe,

    I respectfully request permission to withdraw my appearance as counsel for the Commonwealth of Massachusetts in the above-captioned cases. I will no longer be employed by the Office of the Massachusetts Attorney General after March 7, 2019, and as a result will no longer be representing the Commonwealth in this matter. As necessary, another attorney for the Office of the Attorney General will be making an appearance as substitute counsel.

                                            Sincerely,

                                           *Genevieve Nadeau*

                                           Genevieve C. Nadeau
                                           State Enforcement Counsel
                                           Office of the Attorney General
                                           One Ashburton Place, 18th Floor
                                           Boston, MA 02108
                                           (617) 727-2200